IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 14-mc-00212-RBJ

COVENANT AVIATION SECURITY, LLC,

      Plaintiff,

v.

JANINE MORRIS,

      Defendant.

---

## MINUTE ORDER

---

Entered by Judge R. Brooke Jackson

      In light of counsel's report to Chambers on September 30, 2014 (See ECF No. 6) that this matter has been resolved, the Court directs the Clerk of Court to dismiss this case.

      DATED this 23rd day of January, 2015.